# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　　Eric Robinson,<br><br>　　　　　　Debtor. | Case No. 25-12219-AMC<br><br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Approve Malissa Gamble as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

- Notice of Motion to Approve Malissa Gamble as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

- Proposed Order

Dated: June 6, 2025

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**City of Philadelphia**
c/o City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

**City of Philadelphia**
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

**LJ Ross & Associates**
Attn: Bankruptcy
4 Universal Way
PO Box 6099
Jackson, MI 49204-6099

**LVNV Funding, LLC**
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603

**Pennsylvania Attorney General**
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**Pennsylvania Office of General Counsel**
333 Market St Fl 17
Harrisburg, PA 17101-2210

**Philadelphia Municipal Court**
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**SWC Group**
4120 International Parkway #100
Carrollton, TX 75007

**Synchrony Bank/JCPenney**
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896

**U.S. Attorney, Eastern District of Pa.**
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

**U.S. Department of Justice**
Attorney General
PO Box 683
Washington, DC 20044-0683

**Wilmington Savings Fund Society**
ATTN: Bankruptcy Department
3900 Capital City Blvd
Lansing, MI 48906-214