# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>Eric Robinson,<br><br>                  Debtors. | Case No. 25-12219-AMC<br><br>Chapter 13 |

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Motion to Extend Time to File Schedules, Statements and Related Documents which was filed with the Court on June 16, 2025, as ECF No. 10. Thank you.

Date: June 16, 2025

                                        CIBIK LAW, P.C.
                                        *Counsel for Debtor*

                                        By: */s/ Michael A. Cibik*
                                             Michael A. Cibik (#23110)
                                             1500 Walnut Street, Suite 900
                                             Philadelphia, PA 19102
                                             215-735-1060
                                             mail@cibiklaw.com