## UNITED STATES BANKRUPTCY COURT

IN RE:

Eric Robinson

CHAPTER: 13

Debtor(s) | CASE NO. 25-12219-AMC

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, _____Malissa Gamble_____, the proposed Next of Friend of Debtor Eric Robinson, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, the Debtor did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that the Debtor received no payment advices during that period because:

☐ The Debtor was unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☑ The Debtor received no regular income other than Social Security payments and pension throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ The Debtor's sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ The Debtor was unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

The Debtor did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 6/18/25

*Malissa Gamble* (signature)
Proposed Next of Friend of Debtor