# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Eric Robinson,

        Debtor.

Case No. 25-12219-AMC

Chapter 13

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Eric Robinson, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date:

    Honorable Ashely M. Chan
    Chief U.S. Bankruptcy Judge