# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Eric Robinson,<br><br>　　　　　Debtor. | Case No. 25-12219-AMC<br><br>Chapter 13 |

### Order Granting Debtor's Motion to Approve Malissa Gamble as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements

**AND NOW**, upon consideration of the Debtor's Motion to Approve Malissa Gamble as Debtor's Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Malissa Gamble is **APPROVED** as next friend for the Debtor in this case.

3. Malissa Gamble has the authority to take all actions required by the Debtor as debtor during the pendency of the case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors.

4. The Debtor's obligation to complete a pre-petition credit counseling course is **WAIVED**.

5. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

6. This order is effective June 2, 2025

Date: July 23, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge