# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Eric Robinson,<br><br>　　　　　　　　Debtor. | Case No. 25-12219-AMC<br><br>Chapter 13 |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Eric Robinson, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: July 29, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge