United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-12219-amc |
| Eric Robinson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Robinson, 5701 N Lambert St, Philadelphia, PA 19138-2909 |
| nof | + | Malissa Gamble, 5701 N Lambert St, Philadelphia, PA 19138-2909 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, 400 N. Tustin Ave, Suite 410, Suite 300, Santa Ana, CA 92705-3834 |
| 15014868 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15014873 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15018484 | + | WILMINGTON SAVINGS FUND SOCIETY ,et al, 400 N. Tustin Ave, Suite 410, Suite 300, Santa Ana , CA 92705-3834 |
| 15019354 | | WILMINGTON SAVINGS FUND SOCIETY, FSB, not individu, ATTN: Bankruptcy Department, 3900, Capital City Blvd, Lansing , MI , 48906 |
| 15018813 | + | Wilmington Savings Fund Society, C/O Christopher A. DeNardo, 985 Old Eagle School Road, Ste. 514, Wayne, PA 19087-1712 |
| 15014874 | | Wilmington Savings Fund Society, ATTN: Bankruptcy Department, 3900 Capital City Blvd, Lansing, MI 48906-2147 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15014860 | | Email/Text: megan.harper@phila.gov | Jul 31 2025 00:15:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15014861 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15014862 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 31 2025 00:15:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15014863 | | Email/Text: support@ljross.com | Jul 31 2025 00:15:00 | LJ Ross & Associates, Attn: Bankruptcy, 4 Universal Way, PO Box 6099, Jackson, MI 49204-6099 |
| 15031160 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:32:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014864 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2025 00:32:19 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014865 | | Email/Text: fesbank@attorneygeneral.gov | Jul 31 2025 00:15:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15014866 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 31 2025 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

Case 25-12219-amc   Doc 29   Filed 08/01/25   Entered 08/02/25 00:39:45   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2025 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 15014867 | ^ | MEBN | Jul 31 2025 00:14:06 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15027295 | ^ | MEBN | Jul 31 2025 00:13:53 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia, PA 19122-2898 |
| 15014869 | | Email/Text: bankruptcy@philapark.org | Jul 31 2025 00:15:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15014870 | + | Email/Text: bankruptcy@sw-credit.com | Jul 31 2025 00:15:42 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15014871 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 31 2025 00:20:30 | Synchrony Bank/JCPenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15014872 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 31 2025 00:15:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 01, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, not individually but solely as trustee for FINANCE OF AMERICA logsecf@logs.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Eric Robinson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re:<br><br>    Eric Robinson,<br><br>            Debtor. | Case No. 25-12219-AMC<br><br>Chapter 13 |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Eric Robinson, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: July 29, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge